E-FILED
Tuesday, 10 April, 2018 03:37:30 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL _____ DISTRICT OF _____ ILLINOIS

**FILED**

APR 10 2018

CLERK OF THE COURT
CENTRAL DISTRICT OF ILLINOIS
U.S. DISTRICT COURT
URBANA, ILLINOIS

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)
Information Associated with u/googleplex that is stored at premises controlled by Reddit, Inc., more particularly described in Attachment A

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

Case Number: 18-MJ- *7076*

I, Todd M. Emery _____ being duly sworn depose and say:

I am a(n) Special Agent for the Drug Enforcement Administration _____ and have reason to believe
<span style="text-align:center">Official Title</span>

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)
Information Associated with u/googleplex that is stored at premises controlled by Reddit, Inc., more particularly described in Attachment A, which is attached hereto and specifically incorporated herein.

in the  Northern _____ District of  California

there is now concealed a certain person or property, namely (describe the person or property to be seized)
See Attachment B, which is attached hereto and specifically incorporated herein.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
fruits, contraband, evidence and instrumentalities.

concerning a violation of Title  21 _____ United States code, Section(s)  841, 846
The facts to support a finding of probable cause are as follows:

See affidavit of Drug Enforcement Administration Special Agent Todd M. Emery, which is attached hereto and specifically incorporated herein.

Continued on the attached sheet and made a part hereof:    ☑ Yes   ☐ No

s/Todd M. Emery
_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

April 10, 2018 _____   at   Urbana _____ Illinois
Date                                                  City                              State

COLIN S. BRUCE          District Court Judge          s/Colin S. Bruce
_____          _____          _____
Name of Judge              Title of Judge                Signature of Judge

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
**u/googleplex** THAT IS STORED AT
PREMISES CONTROLLED BY **Reddit,
Inc.**

Case No. _18-mj - 7076_

<u>Filed Under Seal</u>

## AFFIDAVIT IN SUPPORT OF
## <u>AN APPLICATION FOR A SEARCH WARRANT</u>

I, Todd M. Emery, being first duly sworn, hereby depose and state as follows:

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.      I make this affidavit in support of an application for a search warrant for

information associated with a certain account that is stored at premises controlled by

Reddit, Inc., a company headquartered at 520 3rd Street, San Francisco, California 94107.

The information to be searched is described in the following paragraphs and in

Attachment A.  This affidavit is made in support of an application for a search warrant

under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Reddit, Inc. to

disclose to the government copies of the information (including the content of

communications) further described in Section I of Attachment B.  Upon receipt of the

information described in Section I of Attachment B, government-authorized persons

will review that information to locate the items described in Section II of Attachment B.

2.      I am a Special Agent with the Drug Enforcement Administration and have

been so employed for more than seven years. I have had extensive training in the

investigation of drug related crimes and the enforcement of federal laws concerning

controlled substances as found in Title 21 of the United States Code. Currently, I am assigned to the DEA's Springfield, Illinois, Resident Office (SRO). I have investigated illicit controlled substance trafficking, to include the importation, distribution, manufacture and cultivation of illegal substances. I have personally conducted or assisted in numerous investigations of state and federal criminal violations involving the illegal trafficking of narcotics and related crimes. I have received specialized training in various aspects of narcotics investigations, which includes but is not limited to interviewing defendants and witnesses, surveillance techniques, and money laundering. Prior to my assignment at SRO, I served as Technical Operations Agent to the DEA Imperial, California, District Office for approximately five years where I assisted agents in conducting cyber investigations, authored several search warrants to technical enterprises such as Microsoft and Facebook, and handled operations for that office's wire room to include assisting in routing data packets such as email content to approved systems for agent investigations. I also served two years at DEA's Office of Special Intelligence, where I learned skillsets involving Virtual Private Networking (VPN), IP configuration, and basic programming in a few computer coding languages. I have helped prepare numerous complaint and search warrant affidavits, participated in the execution of search warrants, and testified at criminal trials during my participation in drug investigations.

3.    This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1) and 846, Distribution of a Controlled Substance and Attempt to Distribute a Controlled Substance, have been committed by Stephan CAAMANO, of Champaign, Illinois, utilizing the username **u/googleplex**.  There also is probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in Attachment B.

## JURISDICTION

5.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND CONCERNING REDDIT, INC.

6.    In my training and experience, I have learned that Reddit, Inc. owns and operates a free social sharing and aggregation website of the same name that can be accessed at http://www.reddit.com.

7.    To create a Reddit account, an individual must choose a unique username and password and complete basic profile information regarding the user. This

information can include the user's location, interests, and other personal information. Once these steps are complete, the profile page for the new account is available. To create a Reddit account, an individual must choose a unique username and password and complete basic profile information regarding the user. This information can include the user's location, interests, and other personal information. Once these steps are complete, the profile page for the new account is available.

8. Once a username/profile is established, Reddit allows users to join, post/receive, and participate in discussions that are ongoing throughout Reddit. Reddit allows its users to utilize their accounts to share content, photographs, videos, and other information with other Reddit users, and the general public. Posts are organized by subject matter into user created boards called "Subreddits", which cover a variety of topics. These Subreddits include Worldnews, Videos, Funny, and TodayIlearned, among many others. However, there are also forums where users discuss illegal, or potentially illegal activity, such as narcotics trafficking.

9. Reddit users have the ability to subscribe to the Subreddits and to group Subreddits into Multireddits, which appear on the user's sidebar for easier navigation. Users may cultivate their own public Multireddits, which other users can then copy and add to their own sidebar, if they like the collection of Subreddits assembled by the creator.

10. Reddit allows users to make other Reddit users their "friends." Reddit also tracks the upvoting and downvoting of users' posts, comments, and links, creating a "karma" score for each user.

11. Reddit has a search function that enables its users to search Reddit for keywords, users, or Subreddits, among other things. The search function allows users to filter the results based on certain criteria.

12. Reddit allows users to send private messages to other users. These messages, which are similar to e-mail messages, are sent to the recipient's Inbox on Reddit, which also stores copies of messages sent by the user, as well as other information. Reddit users can also post comments on the posts of other users or on their own posts. Reddit also allows users to vote up and down on posts or links of other Reddit users.

13. Reddit also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Reddit, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Subreddit, that user's IP log may reflect the fact that the user viewed the Subreddit, and would show when and from what IP address the user did so.

14. Social networking providers like Reddit typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any

5

payments associated with the service (including any credit card or bank account number). In some cases, Reddit users may communicate directly with Reddit about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Reddit typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

15.     Reddit maintains the following information regarding user accounts, along with other information:

   a. **Basic subscriber information**: a Reddit subscriber's name, address, IP logs, username or other subscriber identity, and billing information (if any).

   b. **Other non-content records or information**: a user or the user's conduct on Reddit, message headers, user preferences, and certain activity logs.

   c. **Communications content**: the content of posts, comments, and messages, and other information regarding the substance of a Reddit user's communications on Reddit (such as upvotes/downvotes, posts/subreddits viewed, and/or search terms).

16.     In my training and experience, a social networking user's IP log, stored electronic communications, and other data retained by a provider like Reddit, can indicate who has used or controlled the user's account. This "user attribution" evidence

is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Reddit account at a relevant time. Further, Reddit account activity can show how and when the account was accessed or used. For example, as described herein, Reddit logs the IP addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Reddit access, use, and events relating to the crime under investigation. Last, Reddit account activity may provide relevant insight into the Reddit account owner's state of mind as it relates to the offense under investigation. For example, information on the Reddit account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

17.     Therefore, the computers of Reddit are likely to contain all the material described above, including stored electronic communications and information

concerning subscribers and their use of Reddit, such as account access information, transaction information, and other account information.

## PROBABLE CAUSE

### *Initiation of Investigation*

18.     In December 2017, law enforcement agents began investigating a target, Stephan CAAMANO, with Reddit, Inc. user name googleplex, for manufacturing controlled substance with tablet press machines purchased online from various companies based in China. Customs and Border Protection agents had contacted the Drug Enforcement Administration's Springfield, Illinois, Resident Office pertaining to several imported items seized by CBP that were destined for delivery to CAAMANO.

19.     CBP advised that on September 16, 2016, agents had seized a package from Mijdrecht, The Netherlands, that was inbound to CAAMANO at an address of 2562 Le Conte Avenue, Berkeley, California; the package contained 29 grams of 3,4-Methylenedioxymethamphetamine, or MDMA (commonly known as ecstasy). An open records search identified the address as student housing for the University of California-Berkeley; that residence was occupied by CAAMANO during his enrollment there.

20.     CBP further advised that on April 18, 2017, agents had seized a package from Shanghai, China, that was inbound to CAAMANO at an address of 510 South Fair Street, Champaign, Illinois; the package contained one turbine wheel box pill press

machine. Agents have confirmed that CAAMANO currently rents that property, and he was the sole renter known to agents at the time of the seizure.

21.     CBP advised that on June 13, 2017, agents had seized a package from an unknown shipper that was inbound to CAAMANO at an address of 1717 West Kirby Avenue, #108, Champaign, Illinois; the package contained 109 grams of Fentanyl and 210 grams of Alprazolam (Xanax). That address corresponds to a mailing box at a UPS store; agents have confirmed that CAAMANO rents that box.

22.     CBP advised on July 13, 2017, agents had seized seven packages from Shanghai, China, that were inbound to CAAMANO at an address of 202 South Broadway Avenue, #142, Urbana, Illinois; these packages contained drilling machine bolts for a tablet press machine. Agents have confirmed through United States Postal Investigation Services that CAAMANO had rented Post Office box 142 at this location, the Urbana Post Office, during the time of the seizure.

23.     I also obtained a copy of a University of Illinois Urbana-Champaign Police Department report taken on October 25, 2016, where a campus housing maintenance worker completing a work order request observed what was believed to be drug related equipment at 2101 Hazelwood Ct., Apt 204, Urbana, Illinois. The Police Department responded and spoke with the resident, CAAMANO, concerning the equipment.

CAAMANO advised the chemicals, pills, and tablet press machine were for health supplement pills that he wanted to manufacture.

## *Surveillance of CAAMANO and Package Drop*

24.    On March 8, 2018, agents conducted surveillance of CAAMANO at his residence, 1510 Glenshire Drive, Champaign, Illinois.[1]  At approximately 10:00 a.m., agents observed CAAMANO depart his residence traveling eastbound on Kirby Avenue in a 2017 Toyota RAV4, blue in color, bearing Illinois License Plate AM93634, and assigned vehicle identification number 2T3BFREV5HW647548. That vehicle is registered to and known to be driven by CAAMANO. Agents observed CAAMANO arrive in the RAV4 at a United States Postal Service drop box located near 2012 Round Barn Road, Champaign, Illinois.  Agents then observed and video recorded CAAMANO as he removed yellow manila envelopes from the rear passenger area of his vehicle multiple times and deposited said manila envelopes into the USPS drop box.

25.    That same morning, while maintaining surveillance of the drop box, agents contacted the United States Postal Inspection Service so that they could visually inspect the manila envelopes deposited in the USPS drop box by CAAMANO. USPIS

---

[1] Agents previously had performed an open source records search and learned utilities in Stephan CAAMANO's name had been established at 1510 Glenshire Drive, Champaign, Illinois.  Agents also had discovered via subpoenaed bank records that CAAMANO had purchased the property in full with a wire transaction to the seller's bank under the business name Longevity Realty Management LLC.

sent a mail carrier to open the drop box near 2012 Round Barn Road, Champaign, Illinois, and to collect all mail from inside the drop box.

26. Later that morning, at approximately 11:15 a.m., agents met with the USPS mail carrier at the Round Barn Road location. Prior to the mail carrier's arrival, agents confirmed via surveillance that no other individuals had gained access to the USPS drop box or tampered with its contents. With assistance from the USPS mail carrier, agents were able to visually inspect the contents of the drop box and observed 33 yellow manila envelopes matching in appearance the yellow manila envelopes agents previously saw CAAMANO depositing into the drop box. No other item in the drop box outside those 33 envelopes was comparable to the items agents observed and video recorded CAAMANO depositing in the drop box.Later that morning, at approximately 11:15 a.m., agents met with the USPS mail carrier at the Round Barn Road location. Prior to the mail carrier's arrival, agents confirmed via surveillance that no other individuals had gained access to the USPS drop box or tampered with its contents. With assistance from the USPS mail carrier, agents were able to visually inspect the contents of the drop box and observed 33 yellow manila envelopes matching in appearance the yellow manila envelopes agents previously saw CAAMANO depositing into the drop box. No other item in the drop box outside those 33 envelopes was comparable to the

items agents observed and video recorded CAAMANO depositing in the drop box after arriving at the drop box location in the SUBJECT VEHICLE.

27.     Also on March 8, 2018, at approximately 2:00 p.m., agents traveled to the United States Post Office, located at 600 North Neil Street, Champaign, Illinois, where the USPS mail carrier who assisted at the USPS drop box near 2012 Round Barn Road, Champaign, Illinois, had directly taken the 33 manila envelopes identified as matching the manila envelopes deposited by CAAMANO.

28.     Agents visually inspected each of the 33 manila envelopes and observed that the return sender on each of the 33 envelopes was listed as a "Colin H. Taylor". Agents also observed a shipping company, EasyPost, had created the shipping label on each envelope, and all envelopes had the same EasyPost account number: C26321.

29.     Agents interviewed the USPS mail carrier who advised similar manila envelopes had been deposited into four USPS drop boxes in the vicinity of Mattis Avenue and Kirby Avenue in Champaign, Illinois, each day for more than a year. The mail carrier estimated the number of manila envelopes to be between 50 and 100 among the four drop boxes each day.

30.     The USPS mail carrier stated he made a formal complaint in March 2017 to management about the quantity of manila envelopes, which had been making his collection duties very difficult to complete. The mail carrier advised that at the time of the complaint his management contacted the shipper, identified as "Sharon Lee", and advised a non-fictitious mailing address was required, otherwise the manila envelopes

12

would not be shipped. The mail carrier provided a photograph to agents of a manila envelope seen in March 2017 bearing the return shipping name "Sharon Lee". Agents observed the shipping label was created by EasyPost and was associated with the same account number: C26321.

### *Recovery of Alprazolam in Champaign County*

31.     On March 9, 2018, agents received information from the Champaign County Sheriff's Office concerning an incident report involving recovered property. On February 21, 2018, the Sheriff's Office took a report at 3206 Halifax Drive, Apartment B, Champaign, Illinois, in which a female subject, identified as T.A., received four boxes delivered to her by USPS, each identifying her as the "return sender". T.A. told the Sheriff's Office that she did not send any boxes and opened one to check its contents. Upon inspection, T.A. observed three gray packages, wrapped in bubble wrap, inside the box. T.A. then opened one gray package and discovered numerous pills, all marked with "Xanax" on each pill. T.A. relinquished custody of the four boxes and their contents to the Sheriff's Office.

32.     Agents reviewed photographs taken of the shipping labels on the four boxes and observed a shipping label created by EasyPost with the same account number as the one used on envelopes bearing the return address names "Colin H. Taylor" and "Sharon Lee". The EasyPost account number was C26321.

33.     On March 12, 2018, agents took custody of the four boxes and their contents from the Sheriff's Office. Agents inspected the contents and confirmed the four

boxes were each filled with three packages. Each of the three packages contained numerous white elongated pills. Agents observed that each pill bore the marking "Xanax" on one side and the marking "2" on the other side, which markings are consistent with pills made by the pharmaceutical manufacturer Pfizer. Agents could tell upon inspecting the pills through the plastic packaging that several of the pills had lighter markings, indicating possible counterfeit production. On March 27, 2018, laboratory results returned indicating the pills were all alprazolam (Xanax) with a 95% level of confidence and numbered 83,538 dosage units (total pills).

### *Cleveland Alprazolam Package*

34.     Meanwhile, on March 8, 2018, Cleveland Police Department Detective John Dlugalinski reported USPS Parcel 9405536897846313514706 (Easy Post) to United States Postal Inspection Services Investigator Bryon Green. The parcel was addressed to 3740 Euclid Ave, Cleveland, Ohio, 44115, and was turned over by a resident who had no knowledge of the parcel. The parcel originated in Urbana, Illinois. The parcel contained more than 1,000 alprazolam pills; the presence of alprazolam was confirmed by the Cuyahoga County Laboratory on March 22, 2018.

35.     On March 22, 2018, Investigator Green identified associated mailings going to Nicholas Armstrong[2] at 1443 E. 25th St. in Cleveland, Ohio 44114. These

---

[2] Armstrong was a co-defendant with Nick J. Powell in Cuyahoga County Case #CR-15-593701-B. Powell currently resides in Florida and is under investigation by New York USPIS Investigator Michael Slavkovsky and others in relation to alprazolam sales on the darkweb.

parcels, like those deposited by CAAMANO into the mail drop box in Champaign, Illinois, had a return address of Colin H. Taylor, 2105 S. Zuppke Dr., Urbana, Illinois, and were associated with EasyPost account C26321.

36.     On March 26, 2018, Investigator Green, along with Homeland Security Investigations and the Drug Enforcement Administration, conducted a controlled delivery of the parcels destined for Armstrong.  Agents detained Armstrong after he took custody of the parcels and returned to his residence. Armstrong signed a consent form permitting law enforcement agents to search his residence, which resulted in the recovery of the two parcels associated with EasyPost account C26321, along with various narcotics, numerous Priority Mailing envelopes, label makers, and a food saver machine with plastic bags commonly used for vacuum packaging.

37.     Armstrong provided a statement to agents and advised he purchased the "Xanax" (alprazolam) that was recovered from the parcels from a darkweb vendor  that Armstrong had found on a Reddit forum. He identified the Reddit user as "Googleplex".  Armstrong stated that "Googleplex" sells "Xanax" on the Dream Market, but advised that he purchased directly from "Googleplex" by sending Monero[3]

---

[3] An open-source cryptocurrency that focuses on privacy and decentralization.  Monero uses a public ledger to record transactions while new units are created through a process called mining.  Monero aims to improve on existing cryptocurrency design by obscuring sender, recipient, and amount of every transaction made, as well as making the mining process more egalitarian.

cryptocurrency to a wallet[4] provided by "Googleplex". Armstrong stated he communicates with "Googleplex" via email. Armstrong stated he ordered from "Googleplex" three times in amounts of $5,000.00, $5,000.00, and $4,000.00 and paid "Googleplex" $0.60 per "Xanax" pill.

38.     In performing a Google search using keywords "Googleplex Reddit", agents were able to see URL results ranging from 2016 to 2018, which referenced "Googleplex" and discussed dark web transactions and "Xanax".[5]

39.     On March 29, 2018, agents sent a preservation request to Reddit, Inc. pertaining to all records associated with Reddit user **u/googleplex**.  In general, electronic data sent to a Reddit, Inc. subscriber is stored in the subscriber's account information or Reddit forums on Reddit, Inc. servers until the subscriber deletes the electronic data.  If the subscriber does not delete the data, the data can remain on

---

[4] A "wallet" or cryptocurrency wallet stores the public and private keys, which can be used to receive or spend the cryptocurrency.  A wallet can contain multiple public and private key pairs.  The cryptocurrency itself is not in the wallet.  The cryptocurrency is decentrally stored and maintained in a publically available ledger.  With a private key, it is possible to write in the public ledger in order to spend the cryptocurrency.

[5] The user u/googleplex has been associated with the following Reddit users in the context of nationwide narcotics investigations: barcentral, alpraking, eastcoastbarbarian, quantikxanax, quantik, galacticagora, candyland134, quanitkusa, lordxanaxusa, secondchanceusername, tote32, xanax empire, pestcontrol1, tiz_time, younginlam, hulkpresser, lexie, jackxcarter, pharmaking, plexiglass, jack, theory of harmony.

Reddit, Inc. servers indefinitely. Even if the subscriber deletes the data, it may continue to be available on Reddit, Inc.'s servers for a certain period of time.

## CONCLUSION

40.     Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Reddit, Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

41.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

s/Todd M. Emery

Todd M. Emery
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on ___APRIL 10_____, 2018

s/Colin S. Bruce

The Honorable Colin S. Bruce
UNITED STATES DISTRICT COURT JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information related to the Reddit.com account associated with user **u/googleplex** that is stored at premises owned, maintained, controlled, or operated by Reddit, Inc., a company headquartered at 520 3rd Street, San Francisco, California 94107.

## ATTACHMENT B

### Particular Things to be Seized

### I.     Information to be disclosed by Reddit, Inc. (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on March 29, 2018, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.     The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.     All records or other information regarding the identification of the account and/or location utilized by the account holder, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.   The types of service utilized;

d.   All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.   All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

f.   All records pertaining to content of private messages between users or communities (e.g. modmail); content of information posted to services (e.g. contents of posts, comments, links, videos, and photographs, to include time stamp); transactional information from purchase of products or services (e.g. Reddit Gold); information provided directly to Reddit, Inc. via forms, contests, sweepstakes, or promotions; information on the user's conduct on Reddit, including messages, headers, and activity logs; transactional logs of the user's upvoting and downvoting of posts, comments, and links; information on the user's subscriptions to Subreddits and any Multireddits; thread view of any posts and comments made by the user located anywhere on the entire Reddit.com website, including timestamp and means of identifying the specific member(s) who made each post/comment; and

g.   For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) and 846 those violations involving **Stephan CAAMANO (u/googleplex)** from January 1, 2016, to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) "the sale of illegal drugs"; "dark web or dark web marketplaces"; "conversations about Xanax, narcotics, drugs, or any pharmaceutical pills or materials"; "communications between Googleplex and any of the following users: barcentral, alpraking, eastcoastbarbarian, quantikxanax, quantik, galacticagora, candyland134, quanitkusa, lordxanaxusa, secondchanceusername, tote32, xanax empire, pestcontrol1, tiz_time, younginlam, hulkpresser, lexie, jackxcarter, pharmaking, plexiglass, jack, theory of harmony ;" "preparatory steps taken in furtherance of the scheme".

(b) Evidence indicating how and when the account was accessed or used and by whom, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

(c) Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to manufacturing and distributing counterfeit pharmaceuticals/narcotics, including records that help reveal their whereabouts.