IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH INFORMATION ASSOCIATED WITH **u/googleplex** THAT IS STORED AT PREMISES CONTROLLED BY **Reddit, Inc.** | Case No. 18-mj-7026<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Reddit, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Reddit, Inc., shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for 90 days up to and including July 9, 2018, unless and until otherwise authorized to do so by the Court, except that Reddit, Inc., may disclose the attached warrant to an attorney for Reddit, Inc., for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

s/Colin S. Bruce

April 10, 2018
Date

Honorable Colin S. Bruce
United States Distict Court Judge

2