AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 18-MJ- 7076
)
Information Associated with u/googleplex that is stored at )
premises controlled by Reddit, Inc., more particularly )
described in Attachment A )

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*
Information Associated with u/googleplex that is stored at premises controlled by Reddit, Inc., more particularly described in Attachment A, which is attached hereto and specifically incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B, which is attached hereto and specifically incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 17, 2018___
  *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___COLIN S. BRUCE___
  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
  ☐ until, the facts justifying, the later specific date of _____

s/Colin S. Bruce

Date and time issued: ___April 10, 2018 @ 2:36 p.m.___
  _____
  *Judge's signature*

City and state: ___Urbana, Illinois___  ___COLIN S. BRUCE, U.S. District Court Judge___
  *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-MJ-7076 | Date and time warrant executed: April 11, 2018 at 6:00am | Copy of warrant and inventory left with: Reddit, Inc. |

Inventory made in the presence of: GS Matthew Noblet

Inventory of the property taken and name of any person(s) seized:

On April 13, 2018, SA Emery received the return from the search warrant to Reddit, Inc. Reddit, Inc. provided 15 electronic files via an electronic download link.

14 of the files contained no information. One file, identified as "messages.pdf" contained two records. The first record from user "carbonkid420" to user "googleplex" was on March 2, 2018, at 4:01 UTC (11:01pm central time). The message subject was "DD" with the contents, "Whats you prices and DD email". The second record from user "crazylover5150" to user "googleplex" was on February 27, 2018, at 4:10 UTC (11:10pm central time). The message subject was "dd" with the contents, "Do you direct deal?".

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 14, 2018

s/Todd M. Emery

*Executing officer's signature*

Todd M Emery, Special Agent
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information related to the Reddit.com account associated with user **u/googleplex** that is stored at premises owned, maintained, controlled, or operated by Reddit, Inc., a company headquartered at 520 3rd Street, San Francisco, California 94107.

## ATTACHMENT B

Particular Things to be Seized

I.  Information to be disclosed by Reddit, Inc. (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on March 29, 2018, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

   a.  The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

   b.  All records or other information regarding the identification of the account and/or location utilized by the account holder, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

f. All records pertaining to content of private messages between users or communities (e.g. modmail); content of information posted to services (e.g. contents of posts, comments, links, videos, and photographs, to include time stamp); transactional information from purchase of products or services (e.g. Reddit Gold); information provided directly to Reddit, Inc. via forms, contests, sweepstakes, or promotions; information on the user's conduct on Reddit, including messages, headers, and activity logs; transactional logs of the user's upvoting and downvoting of posts, comments, and links; information on the user's subscriptions to Subreddits and any Multireddits; thread view of any posts and comments made by the user located anywhere on the entire Reddit.com website, including timestamp and means of identifying the specific member(s) who made each post/comment; and

g. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant.

II.  Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) and 846 those violations involving **Stephan CAAMANO (u/googleplex)** from January 1, 2016, to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) "the sale of illegal drugs"; "dark web or dark web marketplaces"; "conversations about Xanax, narcotics, drugs, or any pharmaceutical pills or materials"; "communications between Googleplex and any of the following users: barcentral, alpraking, eastcoastbarbarian, quantikxanax, quantik, galacticagora, candyland134, quanitkusa, lordxanaxusa, secondchanceusername, tote32, xanax empire, pestcontrol1, tiz_time, younginlam, hulkpresser, lexie, jackxcarter, pharmaking, plexiglass, jack, theory of harmony ;" "preparatory steps taken in furtherance of the scheme".

(b) Evidence indicating how and when the account was accessed or used and by whom, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

(c) Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to manufacturing and distributing counterfeit pharmaceuticals/narcotics, including records that help reveal their whereabouts.